# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR368 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ARIEL SANCHEZ-GARCIA, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed in forma pauperis (Filing No. 137).

The Court summarily denied the Defendant's motion filed under 28 U.S.C. § 2255. Therefore,

IT IS ORDERED:

1. The Defendant's motion for leave to proceed in forma pauperis (Filing No. 137) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 7th day of November, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge